IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VISHAL MARKEN,                )<br>                                          )<br>    Petitioner,                  )<br>                                          )<br>vs.                                      )<br>                                          )<br>                                          )<br>SCOTT HASSELL, et al.,     )<br>                                          )<br>    Respondents.               ) | Case No.     4:13-cv-02211-RBP-TMP |

**MEMORANDUM OPINION**

On February 18, 2014, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. (Doc. 9). To date, no objections have been filed by either party. Counsel for the petitioner filed a response concurring that the instant petition is now moot and requesting that the case be dismissed as moot. (Doc. 12).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT.

A final judgment will be entered by separate order.

DATED this the 7th day of April, 2014.

                                        **ROBERT B. PROPST**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**